**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DEBORAH L. DAVIS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:04CV1519-DJS |
| | ) | |
| **FEDERATED RETAIL HOLDINGS, INC.,** | ) | |
| **f/k/a The May Department Stores** | ) | |
| **Company,** | ) | |
| | ) | |
| Defendant. | ) | |

### PARTIAL SUMMARY JUDGMENT

Pursuant to the order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that partial summary judgment is entered in favor of defendant and against plaintiff on plaintiff's claims that defendant violated the Family and Medical Leave Act of 1993 ("FMLA"), 29 U.S.C. §2611 *et seq.*, by transferring her to a new position in 2002 and by inflicting emotional distress on her.

Dated this ____18th____ day of November, 2005.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE